5 A.3d 814

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Antoine MILLER, Respondent.**

Supreme Court of Pennsylvania.

Sept. 29, 2010.

### ORDER

PER CURIAM.

AND NOW, this 29th day of **September, 2010,** the Petition for Allowance of Appeal is granted. The issue, rephrased for clarity is

Does an acquittal of the felony upon which a second-degree murder charge is predicated necessitate reversal of the jury's second-degree murder conviction?

In their briefs, the parties are to address specifically the applicability of this Court's decision in *Commonwealth v. Magliocco,* 584 Pa. 244, 883 A.2d 479, 493 (2005), and the U.S. Supreme Court's decision in *U.S. v. Powell,* 469 U.S. 57, 105 S.Ct. 471, 83 L.Ed.2d 461 (1984).